Edward R. Hugo [Bar No. 124839]
Charles S. Park [Bar No. 161430]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHAN, as successor-in-interest to William Chan,<br><br>Plaintiff,<br><br>vs.<br><br>OWENS-ILLINOIS, INC., a corporation, et al.,<br><br>Defendants. | Case No. 3:13-cv-03548-EMC<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐    Non-binding Arbitration (ADR L.R. 4)

☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)

☒    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must*

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1     *instead file a Notice of Need for ADR Phone Conference.  See Civil Local Rule 16-8*

2     *and ADR L.R. 3-5)*

3        **Private Process:**

4           ☐    Private ADR *(please identify process and provider)*

5     _____

6     _____

7

8     The parties agree to hold the ADR session by:

9           ☒    the presumptive deadline *(The deadline is ~~90~~ 120 days from the date*

10       *of the order referring the case to an ADR process unless otherwise*

11       *ordered.)*

12          ☐    other requested deadline _____

13

14    Dated: November 14, 2013        LAW OFFICES OF BRUCE L. AHNFELDT

15

16                      By: _/s/ Bruce L. Ahnfeldt_____

                            Bruce L. Ahnfeldt

17                          Post Office Box 6078

                         Napa, California  94581

18                          Telephone:  (707) 224-6547

                         Facsimile:  (707) 224-2518

19                          Email:  Bruce@ahnfeldtlaw.com

                         Attorney for Plaintiff

20                          GEORGE CHAN

21    Dated: November 14, 2013        BRYDON HUGO & PARKER

22

23                      By: _/s/ Charles S. Park_____

                         Edward R. Hugo

24                          Charles S. Park

                         135 Main Street, 20th Floor

25                          San Francisco, CA  94105

                         Telephone:  (415) 808-0300

26                          Facsimile:  (415) 808-0333

                         Email:  service@bhplaw.com

27                          Attorneys for Defendant

                         FOSTER WHEELER ENERGY

28                          CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1    Dated: November 15, 2013       FOLEY & MANSFIELD, P.L.L.P.

2

3                    By:  /s/ Elizabeth C. Sears
                     Gary D. Sharp

4                      T. Eric Sun
                     Elizabeth C. Sears

5                      Foley & Mansfield, PLLP
                     300 Lakeside Drive, Suite 1900

6                      Oakland, CA 94612
                     Telephone: (510) 590-9500

7                      Facsmile: (510) 590-9595
                     Attorneys for

8                      CLEAVER-BROOKS, INC.

9    Dated: November 15, 2013       FOLEY & MANSFIELD, P.L.L.P.

10

11                    By:  /s/ Deborah M. D. Gustafson
                     Stephen J. Foley

12                      Lori A. Cataldo
                     Deborah M. D. Gustafson

13                      Attorneys for Defendant
                     RILEY POWER, INC. (erroneosuly sued as

14                      successor-in-interest to Riley Stoker
                     Corporation)

15

16    Dated: November 14, 2013       BASSI, EDLIN, HUIE & BLUM, LLP

17

18                    By:  /s/ Reshma Bajaj
                     Jeffery J. Fadeff

19                      Reshma A. Bajaj
                     500 Washington Street, Suite 700

20                      San Francisco, CA  94111
                     Telephone: (415) 397-9006

21                      Facsimile: (415) 397-1339
                     Email: rbajaj@behblaw.com

22                      Attorneys for Defendant
                     J.T. THORPE & SON, INC.

23

24

25

26

27

28

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1

2

3  Dated: November 14, 2013          WALSWORTH FRANKLIN BEVINS &
                                     McCALL, LLP

4
                                     By:  /s/ Margaret F. Mahaffey
5                                    Margaret F. Mahaffey
                                     601 Montgomery Street, Ninth Floor
6                                    San Francisco, CA  94111
                                     Telephone: (415) 781-7072
7                                    Facsimile: (415) 391-6258
                                     Email: mmahffey@afbm.com
8                                    Attorneys for Defendant
                                     THOMAS DEE ENGINEERING COMPANY
9

10

11  CONTINUE TO FOLLOWING PAGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

# [PROPOSED] ORDER

☐   The parties' stipulation is adopted and IT IS SO ORDERED.

☒   The parties' stipulation is modified as follows, and IT IS SO
     ORDERED.   *(120 days)*

11/21/13

Dated: _____          _____

                                     United Sta...

                                     Judge Edward M. Chen

IT IS SO ORDERED
AS MODIFIED

When filing this document in ECF, please be sure to use the appropriate Docket
Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

*Chan v. Owens-Illinois, Inc., et al*
USDC Northern District Case No. 3:13-cv-03548

    I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

on the following:

Bruce L. Ahnfeldt                  CM/ECF Electronic Service List
Law Office of Bruce L. Ahnfeldt
1005 Jefferson Street
Napa, CA 94559
Fax (707) 224-2518
*Attorney for Plaintiff*

    **X**      On all parties via the CM/ECF service list for the Northern District of California.

    I declare under penalty of perjury that the above is true and correct. Executed on November 15, 2013, at San Francisco, California.

*Carmen Lawson*
Carmen Lawson

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

CERTIFICATE OF SERVICE