Edward R. Hugo [Bar No. 124839]
Charles S. Park [Bar No. 161430]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHAN, as successor-in-interest to William Chan,<br><br>         Plaintiff,<br><br>     vs.<br><br>OWENS-ILLINOIS, INC., a corporation, et al.,<br><br>         Defendants. | Case No. 3:13-cv-03548-EMC<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐    Non-binding Arbitration (ADR L.R. 4)

☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)

☒    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must*

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1  *instead file a Notice of Need for ADR Phone Conference.  See Civil Local Rule 16-8*

2  *and ADR L.R. 3-5)*

3  **Private Process:**

4  ☐      Private ADR (*please identify process and provider*)

5  _____

6  _____

7

8  The parties agree to hold the ADR session by:

9  ☒      the presumptive deadline (*The deadline is ~~90~~ 120 days from the date*

10  *of the order referring the case to an ADR process unless otherwise*

11  *ordered.)*

12  ☐      other requested deadline _____

13

14  Dated: November 14, 2013          LAW OFFICES OF BRUCE L. AHNFELDT

15

16  By:  /s/ Bruce L. Ahnfeldt_____
     Bruce L. Ahnfeldt

17  Post Office Box 6078
     Napa, California  94581

18  Telephone:  (707) 224-6547
     Facsimile:   (707) 224-2518

19  Email:  Bruce@ahnfeldtlaw.com
     Attorney for Plaintiff

20  GEORGE CHAN

21  Dated: November 14, 2013          BRYDON HUGO & PARKER

22

23  By:  /s/ Charles S. Park_____
     Edward R. Hugo

24  Charles S. Park
     135 Main Street, 20th Floor

25  San Francisco, CA  94105
     Telephone:  (415) 808-0300

26  Facsimile:   (415) 808-0333
     Email:  service@bhplaw.com

27  Attorneys for Defendant
     FOSTER WHEELER ENERGY

28  CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1  Dated: November 15, 2013          FOLEY & MANSFIELD, P.L.L.P.

2
                                      By:  /s/ Elizabeth C. Sears
3                                         Gary D. Sharp
                                          T. Eric Sun
4                                         Elizabeth C. Sears
                                          Foley & Mansfield, PLLP
5                                         300 Lakeside Drive, Suite 1900
                                          Oakland, CA 94612
6                                         Telephone: (510) 590-9500
                                          Facsmile: (510) 590-9595
7                                         Attorneys for
                                          CLEAVER-BROOKS, INC.
8

9  Dated: November 15, 2013          FOLEY & MANSFIELD, P.L.L.P.

10
                                      By:  /s/ Deborah M. D. Gustafson
11                                        Stephen J. Foley
                                          Lori A. Cataldo
12                                        Deborah M. D. Gustafson
                                          Attorneys for Defendant
13                                        RILEY POWER, INC. (erroneosuly sued as
                                          successor-in-interest to Riley Stoker
14                                        Corporation)

15

16  Dated: November 14, 2013         BASSI, EDLIN, HUIE & BLUM, LLP

17
                                      By:  /s/ Reshma Bajaj
18                                        Jeffery J. Fadeff
                                          Reshma A. Bajaj
19                                        500 Washington Street, Suite 700
                                          San Francisco, CA  94111
20                                        Telephone: (415) 397-9006
                                          Facsimile: (415) 397-1339
21                                        Email: rbajaj@behblaw.com
                                          Attorneys for Defendant
22                                        J.T. THORPE & SON, INC.

23

24

25

26

27

28

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Dated: November 14, 2013        WALSWORTH FRANKLIN BEVINS & McCALL, LLP

By: _/s/ Margaret F. Mahaffey_____
Margaret F. Mahaffey
601 Montgomery Street, Ninth Floor
San Francisco, CA 94111
Telephone: (415) 781-7072
Facsimile: (415) 391-6258
Email: mmahffey@afbm.com
Attorneys for Defendant
THOMAS DEE ENGINEERING COMPANY

CONTINUE TO FOLLOWING PAGE

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

4
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

**[PROPOSED] ORDER**

☐   The parties' stipulation is adopted and IT IS SO ORDERED.

☒   The parties' stipulation is modified as follows, and IT IS SO ORDERED.   (120 days)

Dated: _____   11/21/13

_____
United States ...

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

Brydon
Hugo & Parker
135 Main Street
20th Floor
San Francisco, CA 94105

*Chan v. Owens-Illinois, Inc., et al*
USDC Northern District Case No. 3:13-cv-03548

I am a resident of the State of California, over the age of 18 years, and not a party to the within action.  My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105.  On the date below, I served the following:

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

on the following:

Bruce L. Ahnfeldt                              CM/ECF Electronic Service List
Law Office of Bruce L. Ahnfeldt
1005 Jefferson Street
Napa, CA 94559
Fax (707) 224-2518
*Attorney for Plaintiff*

      X     On all parties via the CM/ECF service list for the Northern District of California.

I declare under penalty of perjury that the above is true and correct.  Executed on November 15, 2013, at San Francisco, California.

Carmen Lawson

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
CERTIFICATE OF SERVICE