Edward R. Hugo [Bar No. 124839]
Charles S. Park [Bar No. 161430]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHAN, as, successor-in-interest to William Chan,<br><br>    Plaintiff,<br><br>vs.<br><br>OWENS-ILLINOIS, INC., a corporation, et al.,<br><br>    Defendants. | Case No. 3:13-cv-03548-EMC<br><br>[~~PROPOSED~~] ORDER DISMISSING DEFENDANT FOSTER WHEELER ENERGY CORPORATION |

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. A dismissal with prejudice shall be and is hereby entered as to Defendant FOSTER WHEELER ENERGY CORPORATION. Each party shall bear their own attorneys' fees and costs.

Dated: 2/11/14 _____

_____
JUDGE OF THE DISTRICT COURT

GRANTED
Judge Edward M. Chen