1  Stephen J. Foley, Esq.     SBN 220752
   Peter B. Langbord, Esq.   SBN 144319
2  Deborah M. Gustafson, Esq. SBN 215315
   **Foley & Mansfield P.L.L.P.**
3  300 Lakeside Drive, 19th Floor
   Oakland, CA 94612
4  Telephone: (510) 590-9500
   Facsimile:  (510) 590-9595
5  Email:      dgustafson@foleymansfield.com

6  Attorneys for Defendant
   **RILEY POWER, INC.,** (erroneously sued as
7  successor-in-interest to Riley Stoker Corporation)

8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | GEORGE CHAN, as successor-in-interest to WILLIAM CHAN, | Case No: 3:13-cv-03548 EMC |
   |---|---|
   | Plaintiffs, | (Superior Court of the States of California for the County of Napa – Case No.: 26-06861) |
   | vs. | **[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL, WITHOUT PREJUDICE OF DEFENDANT RILEY POWER, INC., (erroneously sued as successor-in-interest to Riley Stoker Corporation)** |
   | OWENS-ILLINOIS INC., et al. | |
   | Defendants. | |

19     Pursuant to the stipulation of the parties, it is hereby ordered the above-captioned action is

20 dismissed, without prejudice, as to Defendant **RILEY POWER, INC., erroneously sued as successor-**

21 **in-interest to Riley Stoker Corporation)**.  Each party to bear their own fees, costs and expenses, if

22 any.

23     IT IS SO ORDERED.

24 Dated: March 26, 2014

25

26

27                                    By: _____
                                      Hon. Edward M. Chen
28                                    United States Northern District Court Judge

APPROVED
Judge Edward M. Chen

*George Chan, as, Successor-in-Interest to William Chan vs. Owens-Illinois, Inc., et al.*

**Northern District Court Case No:  3:13-cv-03548 EMC**

### CERTIFICATE OF SERVICE

I, Deborah Gustafson, certify that:

The within document, entitled **[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL, WITHOUT PREJUDICE OF DEFENDANT RILEY POWER, INC., (erroneously sued as successor-in-interest to Riley Stoker Corporation)**, is being filed electronically through the Electronic Case Filing (ECF) system provided by the Court and shall be available for viewing and downloading from the ECF system by all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on this the 12th day of March, 2014.

_____
Deborah M. Gustafson

2

[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL, WITHOUT PREJUDICE OF DEFENDANT RILEY POWER, INC.,
(erroneously sued as successor-in-interest to Riley Stoker Corporation)